CHICAGO, M. & ST. P. RY. CO. v. WILLIAMS. (Circuit Court of Appeals, Eighth Circuit. May 11, 1909.) No. 2,869. In Error to the Circuit Court of the United States for the District of South Dakota. John H. Perry and Charles E. Vroman, for plaintiff in error. A. W. Campbell (Byron Abbott and Campbell & Taylor, on the brief), for the defendant in error. Before HOOK and ADAMS, Circuit Judges.

PER CURIAM. This was an action by the father to recover damages for negligence in the operation of a train of cars by the defendant railway company, which resulted in the death of his male child 20 months old. The defenses were a denial of negligence and plea of contributory negligence. The child was on the railway track at a public crossing. The evidence was contradictory as to whether he was lying or sitting at the time the train approached. There was evidence tending to show that the engineer in charge of the train could have seen the object and known that it was an infant in time to have stopped the train before it reached him, and other evidence to the contrary. The trial court submitted the case to the jury on two issues: (1) Whether the engineer discovered, or in the exercise of ordinary care could have discovered, that the object ahead of him on the track was a child a sufficient distance away to enable him to have stopped the train and avoided the accident; and (2) whether the father failed to exercise ordinary care to keep the child away from the track. The verdict responded to these issues in favor of the plaintiff, and we think there was sufficient evidence to sustain the findings. Discovering no prejudicial error in other respects complained of, the judgment is affirmed.

---

LISMAN et al. v. MILWAUKEE, L. S. & W. RY. CO. (Circuit Court of Appeals, Seventh Circuit. February 11, 1909.) No. 1,547. In error to the Circuit Court of the United States for the Eastern District of Wisconsin. For opinion below, see 161 Fed. 472. Delos McMurdy and Edward P. Vilas, for plaintiffs in error. Lloyd W. Bowers, for defendant in error.

PER CURIAM. Affirmed.

---

MARTIN MANION & CO. v. CHATTANOOGA FOUNDRY & PIPE WORKS. (Circuit Court of Appeals, Sixth Circuit. June 24, 1909.) No. 1,919. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. D. M. Kirton, for plaintiff in error. Frank Spurlock, for defendant in error. Before LURTON and SEVERENS, Circuit Judges.

PER CURIAM. The motion to dismiss the writ of error, because not brought within six months after the final judgment, is sustained, upon the authority of Kentucky, etc., Co. v. Howes, 82 C. C. A. 337, 153 Fed. 163.

---

THE MATANZAS. (Circuit Court of Appeals, Second Circuit. May 25, 1909.) No. 264. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 166 Fed. 985. Robinson, Biddle & Benedict (W. S. Montgomery, of counsel), for appellant. Wing, Putnam & Burlingham (Charles C. Burlingham, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. There seems to be more than the usual number of contradictions, inconsistencies, and untrustworthy estimates in this record. We are not inclined to reverse the findings of fact or the conclusions of the District Judge who heard all the libelant's witnesses and the more important ones called by the claimant. Decree affirmed, with costs.